UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:25-cv-02247-JSS-DCI

TAVIA WAGNER,

    Plaintiff,

v.

STORE MASTER FUNDING IX, LLC, and
NYJK MANAGEMENT SERVICES LLC
D/B/A WING HOUSE BAR & GRILL,

    Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR STORE
MASTER FUNDING IX, LLC TO RESPOND TO THE COMPLAINT**

Defendant, STORE Master Funding IX, LLC ("STORE"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 3.01, M.D. Fla. L.R., hereby files this Unopposed Motion for Extension of Time requesting the Court extend the deadlines for STORE to respond to Complaint by 30-days, through and including February 9, 2026, and states the following in support:

    1.    Plaintiff filed the Complaint on November 21, 2025, alleging violations of the Americans with Disabilities Act against Defendants. Plaintiff

1

served STORE on December 19, 2025. STORE's deadline to respond to Plaintiff's Complaint is January 9, 2026.

2. Plaintiff has not yet served Defendant, NYJK Management Services, LLC, the lessee and/or operator of the subject real property, as alleged in the Complaint. Dkt. No. 1, ¶ 8.

3. Under Federal Rule of Civil Procedure 6(b), the Court may extend time for good cause when a request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A).

4. STORE respectfully requests a 30-day extension of time, through and including February 9, 2026, for STORE to respond to Plaintiff's Complaint. STORE requests this extension before the expiration of the deadline to respond to the Complaint, and good cause exists because additional time is required to adequately respond to the Complaint and to allow STORE and Plaintiff to attempt to resolve Plaintiff's claims.

5. No party will be prejudiced by the relief sought.

WHEREFORE, Defendant, STORE Master Funding IX, LLC, respectfully requests the Court grant this Motion, extend the deadline for STORE Master Funding IX, LLC to respond to the Complaint by 30-days, through and including February 9, 2026, and for all other relief to which it may be entitled.

## LOCAL RULE 3.01(g) CERTIFICATE

I hereby certify that undersigned counsel has conferred in good faith with Plaintiff's counsel. STORE and Plaintiff both agree to the relief sought herein.

Date: January 9, 2026.

Respectfully Submitted,

**KUTAK ROCK LLP**

By: */s/ Caleb S. Sugg*
Caleb S. Sugg
Florida Bar No. 1010882
Caleb.Sugg@KutakRock.com
1277 E. Joyce Blvd., Suite 300
Fayetteville, AR 72703-5585
Tel: (479) 973-4200
Fax: (479) 973-0007

*Attorney for Defendant, STORE Master Funding IX, LLC*